ORIGINAL

1  WILLIAM R. TAMAYO -- #084965 (CA)
   DAVID F. OFFEN BROWN -- # 063321 (CA)
2  EVANGELINA F. HERNANDEZ -- # 168879 (CA)
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   350 The Embarcadero, Suite 500
4  San Francisco, California 94105-1260
   Telephone:   (415) 625-5622
5  Facsimile:   (415) 625-5657

6                         E-filing

7  Attorneys for Plaintiff, Equal Employment Opportunity Commission

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12  EQUAL EMPLOYMENT                )  Civil Action No. 11-4826
    OPPORTUNITY COMMISSION,         )
13                                  )  **COMPLAINT**
              Plaintiff,            )
14                                  )  Civil Rights - Employment
    v.                              )  Discrimination
15                                  )
    ALL STAR MARKETING, INC.,       )  **DEMAND FOR JURY TRIAL**
16                                  )
              Defendant.            )
17  _____  )

18                    **NATURE OF THE ACTION**

19      This is an action under Title I of the Americans with Disabilities Act of 1990, as

20  amended by the ADA Amendments Act of 2008, and Title I of the Civil Rights Act of

21  1991 to correct unlawful employment practices on the basis of disability and to provide

22  appropriate relief to Charging Party, Nathan Sanders (hereinafter "Charging Party"), who

23  was adversely affected by such practices. As alleged with greater particularity in

24  paragraph 9 below, Defendant All Star Marketing, Inc. ("Defendant Employer")

25  discriminated against Charging Party, a qualified individual with a disability, by

26  discharging him after Defendant Employer discovered he had a deformed left hand.

27  //

28  //

COMPLAINT FOR DISCRIMINATION                           Equal Employment Opportunity Commission
                                                       350 The Embarcadero, Suite 350
                                                       San Francisco, CA 94105
                           1                           (415) 625-5622

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporates by reference Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-5(f)(1) and (3) and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the State of California, specifically Alameda County, within the jurisdiction of the United States District Court for the Northern District of California.

## INTRA-DISTRICT ASSIGNMENT

3. This action is appropriate for assignment to the San Jose Division of this Court because the Defendant Employer is headquartered in Santa Clara County.

## PARTIES

4. Plaintiff EEOC is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

5. Defendant Employer is a California corporation, headquartered in Santa Clara County, doing business at all relevant times in the State of California, in the Counties of Alameda and Santa Clara, as relevant here, and has continuously had at least 15 employees.

6. At all relevant times, Defendant Employer has continuously been engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C. § 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Section 701(g) and (h) of Title VII, 42 U.S.C. § 2000e(g) and (h).

7. At all relevant times, Defendant Employer has been a covered entity under

Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

## STATEMENT OF CLAIMS

### ADA VIOLATION

8. More than thirty days prior to the institution of this lawsuit, Charging Party filed a charge with Plaintiff EEOC alleging violations of Title I of the ADA by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

9. On or about February 22, 2010, Defendant Employer engaged in unlawful employment practices at its Fremont, California facility in violation of Section 102 of Title I of the ADA, 42 U.S.C. § 12112(a) by, *inter alia*, discharging Charging Party after learning that Charging Party had a deformed left hand, and perceiving that Charging Party could not perform the job, with or without a reasonable accommodation.

10. The effect of the actions complained of in paragraph 9 above has been to deprive Charging Party of equal employment opportunities and otherwise adversely affect his status as an employee because of his disability or perceived disability.

11. The unlawful employment practices complained of in paragraph 9 above were intentional.

12. The unlawful employment practices complained of in paragraph 9 above were done with malice or with reckless indifference to the federally protected rights of Charging Party Nathan Sanders.

### PRAYER FOR RELIEF

Wherefore, the EEOC respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from discharging and failing to hire qualified employees with disabilities, failing to accommodate qualified employees' disabilities, unreasonably limiting the employment of individuals with disabilities because of their disabilities, and engaging in any other employment practice that discriminates on the basis of disability.

B. Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for qualified individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Employer to make whole Charging Party by providing appropriate back pay and benefits with prejudgment interest, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to front pay in amounts to be determined at trial.

D. Order Defendant Employer to make whole Charging Party by providing compensation for past and future pecuniary losses resulting from the unlawful employment practice described above in an amount to be determined at trial.

E. Order Defendant Employer to make whole Charging Party by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of above including, but not limited to, emotional pain and suffering, mental anguish, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

F. Order Defendant Employer to pay Charging Party punitive damages for the malicious and reckless conduct described above, in amounts to be determined at trial.

G. Grant such further relief as the Court may deem just and proper in the public interest.

H. Award the EEOC its costs of this action.

//

//

//

## DEMAND FOR JURY TRIAL

Pursuant to the provisions of Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a jury trial.

Dated:__September 29, 2011__

P. DAVID LOPEZ
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN Y. REAMS
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Office of the General Counsel
Washington, DC 20507

By:_____/S/ William R. Tamayo_____
WILLIAM R. TAMAYO
Regional Attorney

By:_____/S/ David F. Offen-Brown_____
DAVID F. OFFEN-BROWN
Supervisory Trial Attorney, San Francisco

By:_____/S/ Evangelina F. Hernandez_____
EVANGELINA F. HERNANDEZ Senior Trial Attorney, San Francisco

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
(415) 625-5622