WILLIAM R. TAMAYO -- #084965 (CA)
JONATHAN T. PECK -- #12303 (VA)
EVANGELINA FIERRO HERNANDEZ --#168879 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California  94105
Telephone:     (415) 625-5622
Facsimile:      (415) 625-5657

Attorneys for Plaintiff EEOC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br><br>ALL STAR MARKETING, INC.,<br><br>Defendant. | Civil Action No. CV11-04826 CW<br><br><br><br>**UNOPPOSED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Federal Rule of Civil Procedure 6(b)(1) allows the Court "for cause shown" and "in its discretion" to grant a request for an extension of time.  The EEOC requests that the Court vacate the date to submit the Joint Case Management Conference Report of January 4, 2012 and the Case Management Conference on January 11, 2012 and reset the date to file the Case Management Report to two months from today's date, on March 05, 2012, and the Case Management Conference to March 13, 2012.

Defendant has not yet filed an Answer to the EEOC's Complaint.  The EEOC understands

that Defendant had to retain outside counsel and expects an Answer will be filed by Defendant in January.

No prejudice will result because of the continuance.

Respectfully Submitted,

DATED: January 3, 2012        EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By:  /S/   Evangelina Fierro Hernandez
EVANGELINA FIERRO HERNANDEZ
Attorney for Plaintiff EEOC

**ORDER**

It is so ORDERED. The case management conference will be held on March 14, 2012, at 2:00 p.m. The case management conference statement will be due March 7, 2012.

Dated: January 4, 2012

_____
THE HONORABLE CLAUDIA WILKEN
United States Federal Judge