1  WILLIAM R. TAMAYO -- #084965 (CA)
2  JONATHAN T. PECK -- #12303 (VA)
   EVANGELINA FIERRO HERNANDEZ --#168879 (CA)
3  EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
4  San Francisco District Office
   350 The Embarcadero, Suite 500
5  San Francisco, California  94105
   Telephone:    (415) 625-5622
6  Facsimile:    (415) 625-5657

7  Attorneys for Plaintiff EEOC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Civil Action No. CV11-04826 CW |
|---|---|
| Plaintiff, | |
| v. | **UNOPPOSED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| ALL STAR MARKETING, INC., | |
| Defendant. | |

　　Federal Rule of Civil Procedure 6(b)(1) allows the Court "for cause shown" and "in its discretion" to grant a request for an extension of time.  The EEOC requests that the Court vacate the date to submit the Joint Case Management Conference Report of January 4, 2012 and the Case Management Conference on January 11, 2012 and reset the date to file the Case Management Report to two months from today's date, on March 05, 2012, and the Case Management Conference to March 13, 2012.

　　Defendant has not yet filed an Answer to the EEOC's Complaint.  The EEOC understands

1  that Defendant had to retain outside counsel and expects an Answer will be filed by Defendant in
2  January.
3       No prejudice will result because of the continuance.
4
5                                    Respectfully Submitted,
6  DATED: January 3, 2012            EQUAL EMPLOYMENT OPPORTUNITY
7                                    COMMISSION
8                                    By:   /S/     Evangelina Fierro Hernandez
                                     EVANGELINA FIERRO HERNANDEZ
9                                    Attorney for Plaintiff EEOC
10
11
12                                   **ORDER**
13
14  It is so ORDERED.  The case management conference will be held on March 14, 2012, at
15  2:00 p.m.  The case management conference statement will be due March 7, 2012.
16
17  Dated: January 4, 2012
18                                   _____
                                     THE HONORABLE CLAUDIA WILKEN
19                                   United States Federal Judge