UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALL STAR MARKETING, INC.,<br><br>    Defendant. | Case No.: C-11-04826-YGR<br><br>**ORDER VACATING COMPLIANCE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

On February 13, 2012, the Court issued an Order Re: Motion for Default Judgment and Setting Compliance Hearing. (Dkt. No. 9.)  In that Order, the Court instructed Plaintiff to file a motion for default judgment within thirty (30) days.  Plaintiff has since filed a Status Report on this issue, indicating that Defendant retained legal representation and that an answer would be filed in this action by March 16, 2012. (Dkt. No. 10.)  An answer having been filed on that date, the Court is satisfied that this action may now proceed and accordingly, VACATES the compliance hearing scheduled for March 23, 2012.  No further action will be taken with respect to that Order.

**IT IS SO ORDERED.**

Dated:  March 20, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**