**WILLIAM R. TAMAYO, SBN 084965 (CA)**
**JONATHAN T. PECK, SBN 12303 (VA)**
**RAYMOND CHEUNG, SBN 176086 (CA)**
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Francisco District Office**
**350 The Embarcadero, Suite 500**
**San Francisco, CA 94105-1260**
**Telephone No. (415) 625-5649**
**Fax No. (415) 625-5657**
**raymond.cheung@eeoc.gov**

**Attorneys for Plaintiff**


**DAYNA L. CHMELKA**
**THOMAS A. SCUTTI**
**Gates, O'Doherty, Gonter & Guy, LLP**
**15373 Innovation Drive, Suite 170**
**San Diego, California 92128**
**Telephone:  (858) 676-8600**
**Facsimile:  (858) 676-8601**

**Attorneys for Defendant**


# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | **CIVIL ACTION NO. C-11-04826-YGR** |
| **Plaintiff,** **v.** | **JOINT STIPULATION TO DISMISS SUIT WITH PREJUDICE; FRCP 41(a)(1)(A)(ii); [proposed] ORDER** |
| **ALL STAR MARKETING, INC.,** | |
| **Defendant.** | |

///

///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Upon completion of initial discovery into this matter, Plaintiff Equal Employment

Opportunity Commission and Defendant All Star Marketing, Inc. hereby jointly stipulate through

their respective counsel to dismiss this action pursuant to FRCP 41(a)(1)(A)(ii) with prejudice and

with both Plaintiff and Defendant waiving any and all costs and fees.


Dated: March 12, 2013                                          __/s/_____
                                                                Raymond Cheung
                                                                Attorney for Plaintiff EEOC



Dated: March 12, 2013                                          __/s/_____
                                                                Dayna L. Chmelka
                                                                Attorney for Defendant

///

///

1

2

[proposed] **ORDER**

3

Pursuant to Stipulation, **IT IS SO ORDERED**.  This Order terminates Dkt. No. 13.

4

5    Dated: March 20, 2013

6

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28